# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| TAMI D. PSCOLKA AND AARON M. PSCOLKA, HER HUSBAND, | : No. 390 WAL 2015 |
| Petitioners | : Petition for Allowance of Appeal from : the Order of the Superior Court |
| v. | : |
| KEVIN BOEHME, M.D., | : |
| Respondent | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 20th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.